UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASTMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BAM FINANICAL, LLC dba CHELSEA FINANCIAL and DOES 1 to 20, INCLUSIVE,<br><br>    Defendant. | No. 1:13-cv-0720-LJO-BAM<br><br>**ORDER WITHDRAWING MOTION FOR DEFAULT JUDGMENT AND SETTING MANDATORY SCHEDULING CONFERENCE**<br><br>New Date: January 16, 2014<br>Time: 9:30 a.m.<br>Courtroom: 8 (BAM) |

This Court has received and reviewed Plaintiff's application for an order withdrawing the Motion for Default Judgment. (Doc. 18). Good cause appearing, **IT IS HEREBY ORDERED**:

    1.    The Motion to Enter Default Judgment against Defendant, BAM FINANCIAL, LLC dba CHELSEA FINANCIAL is withdrawn from the court's calendar, with each party to bear their own costs and attorney's fees.

    2.    Defendant may have up to and including **November 21, 2013** to file a responsive pleading in this matter.

    3.    An INITIAL SCHEDULING CONFERENCE is set for **January 16, 2014 at 9:30AM** in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1)

1

1  full week prior to the Scheduling Conference, and a copy shall be e-mailed, in MS Word format,
2  to bamorders@caed.uscourts.gov. The parties may appear telephonically at the conference by
3  arranging a one-line conference prior to calling chambers at 559-499-5789.

5  IT IS SO ORDERED.

6  Dated:   November 8, 2013                       /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE