UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASTMAN, | CASE NO. CV F 13-0720 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 20.) |
| BAM FINANCIAL, LLC, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the January 16, 2014 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **January 9, 2014**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28